# Third District Court of Appeal

## State of Florida

Opinion filed November 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1445
Lower Tribunal No. F07-30464A
_____

**Venise Metayer,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Venise Metayer, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.